UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO. 8:21-cr-169-VMC-JSS

JENNEFER PAYAN SINISTERRA

### REQUEST FOR LEAVE TO DISMISS INDICTMENT
### AS TO JENNEFER PAYAN SINISTERRA

Pursuant to Fed. R. Crim. P. 48(a), Karin Hoppmann, the Acting United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment against defendant Jennefer Payan Sinisterra, in the above-captioned case, without prejudice, on the ground that Payan Sinisterra died of Covid-19 pneumonia on October 3, 2021, in Hernando County, Florida. The Florida Bureau of Vital Statistics issued a "Certification of Death" on October 27, 2021, confirming the same.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against defendant Payan Sinisterra in

the above-captioned case, without prejudice, and direct the Clerk of Court to close

the case as to said defendant.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:    */s/ Lauren Stoia*
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

# BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021213300

**DATE ISSUED:** OCTOBER 27, 2021

**DATE FILED:** OCTOBER 21, 2021

### DECEDENT INFORMATION

NAME: JENNEFER  PAYAN-SINISTERRA

DATE OF DEATH: OCTOBER 3, 2021          SEX: MALE     SSN: 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      AGE: 039  YEARS

DATE OF BIRTH: MAY 18, 1982             BIRTHPLACE: COLOMBIA

PLACE OF DEATH: INPATIENT

FACILITY NAME OR STREET ADDRESS: OAK HILL HOSPITAL

LOCATION OF DEATH: BROOKSVILLE, HERNANDO COUNTY, 34613

RESIDENCE: 16425 SPRING HILL DRIVE, #8167, BROOKSVILLE, FLORIDA 33604, UNITED STATES          COUNTY: HERNANDO

OCCUPATION, INDUSTRY: FEDERAL PRISONER, US JUSTICE DEPT

EDUCATION: UNKNOWN                     EVER IN U.S. ARMED FORCES? NO

HISPANIC OR HAITIAN ORIGIN? YES, COLOMBIAN

RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
**(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)**

MARITAL STATUS:  MARRIED

SURVIVING SPOUSE NAME: JANISED   ARBOLEDA

FATHER'S/PARENT'S NAME:  UNOBTAINABLE  UNOBTAINABLE

MOTHER'S/PARENT'S NAME:  UNOBTAINABLE  UNOBTAINABLE

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: MIKE  MCCLUNG

RELATIONSHIP TO DECEDENT: US MARSHALL

INFORMANT'S ADDRESS: 801 NORTH FLORIDA AVENUE, 4TH FLOOR, TAMPA, FLORIDA 33602, UNITED STATES

FUNERAL DIRECTOR/LICENSE NUMBER: TERRY PLATTS, F042754

FUNERAL FACILITY:  VETERANS FUNERAL CARE INC F040002

830 N BELCHER ROAD, CLEARWATER, FLORIDA 33765

METHOD OF DISPOSITION: REMOVAL FROM STATE

PLACE OF DISPOSITION: BOCAS DE SATINGA NARINO

CALI, COLOMBIA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: DISTRICT MEDICAL EXAMINER          MEDICAL EXAMINER CASE NUMBER:  210502403

TIME OF DEATH (24 HOUR):    0609                       DATE CERTIFIED: OCTOBER 21, 2021

CERTIFIER'S NAME:  BARBARA CAROL WOLF

CERTIFIER'S LICENSE NUMBER:  ME83748

NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL

CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH

a. COVID-19 PNEUMONIA

b.

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? NO                      AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?

DATE OF SURGERY:                           DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN

REASON FOR SURGERY:

PREGNANCY INFORMATION:  NOT APPLICABLE

DATE OF INJURY: NOT APPLICABLE            TIME OF INJURY (24 HOUR):                    INJURY AT WORK?

LOCATION OF INJURY:

DESCRIBE HOW INJURY OCCURRED:

VOID IF ALTERED OR ERASED